NANCY WADLER, Appellant, v MARTIN STERN, Respondent

Mollen, P. J., Bracken, Lawrence and Kooper, JJ., concur.